UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

In the matter of:

Elizabeth A. Mann            Chapter 7
                                          Case No. 09-53191 TJT
               Debtor.            Hon. Thomas J. Tucker
_____/

**NOTICE OF UNCLAIMED DIVIDENDS**

To the Clerk of the Court:

     The attached check in the amount of $2.12, which represents unclaimed dividends in this estate and is paid to the Court pursuant to 11 U.S.C. .347. The name and address of the party entitled to the unclaimed dividends is:

| CLAIM NUMBER | CLAIMANT | AMOUNT |
|---|---|---|
| 11 | FIA Card Services of America<br>P.O Box 248809<br>Oklahoma City, OK 73124-8809 | $ 2.12 |
| | **TOTAL:** | $ 2.12 |

Dated:   5/4/10                               /s/ Frederick J. Dery
                                                                Frederick J. Dery, Trustee
                                                                 803 W. Big Beaver
                                                                 Suite 353
                                                                 Troy, MI 48084
                                                                 fdery@fredjdery.com